IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE GINN, et al., | No. C 06-0008 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

This matter comes before the Court on Plaintiffs Jerry Lee Ginn and Judith Ann Nadle's ("Plaintiffs") Case Management Conference Statement. In the Case Management Conference Statement, Plaintiffs request a continuance of the April 5, 2006 Case Management Conference for 120 days because: (1) Plaintiffs have not yet served defendant; and (2) this case falls within the purview of Multidistrict Proceeding No. 1596 - *In re Zyprexa Products Liability Litigation* and Plaintiffs anticipate that it will be transferred by the MDL Panel or to Judge Wilken.

It has come to the Court's attention that the above-captioned case is related to forty-nine other cases currently pending before this Court, all filed by the same Plaintiffs' counsel. All of these cases are completely stagnant. Indeed, Plaintiffs' counsel does not appear to have served the defendant with the summons and Complaint in any of the actions. Further, although Plaintiffs' counsel states that he "anticipates" a transfer, it is not clear to the Court how Plaintiffs' counsel believes this transfer will occur since it does not appear that he has taken any steps to effectuate transfer by filing the appropriate motion with the MDL panel. Thus, the Court does not agree with Plaintiffs' counsel that a 120 day continuance of the Case Management Conference is warranted.

Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' request for a continuance of the Case Management Conference is DENIED. Plaintiffs' counsel shall appear for a <u>telephonic</u> Case Management Conference on **Wednesday, April 5, 2006 at 4:00 p.m** by calling (510) 637-3559 at the specified time. At the Case Management Conference, Plaintiffs' counsel should be prepared to inform the Court of the status of the case, including: (1) the reason why the defendant has not yet been served with the summons and Complaint; (2) whether Plaintiffs' counsel has notified the MDL panel of this action and/or any of the forty-nine other related cases pending before the Court; and (3) when Plaintiffs' counsel estimates that a motion to transfer will be filed, if Plaintiffs' counsel has not yet filed such a motion.

IT IS SO ORDERED.

Dated: 3/31/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge